UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN ELLEN VOSS,

    Plaintiff,

v.                                           Case No. 8:10-cv-1057-T-30AEP

HILLSBOROUGH COUNTY,

    Defendant.

_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation for Voluntary Dismissal (Dkt. #17). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear her/its own fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 18, 2011.

                                                  JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1057.dismiss 17.wpd